UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | MJ-12-325-2 |
| vs. | ) | Unopposed Order Of Dismissal Without Prejudice |
| ENRIQUE SANTOS RODRIGUEZ, | ) | |
| Defendant. | ) | |

Leave of court is granted for the filing of the foregoing dismissal without prejudice. The court makes no judgment as to merit or wisdom of this dismissal.

**IT IS SO ORDERED**.

DATED October 17, 2012.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

Unopposed Order Of Dismissal Without Prejudice - 1
12mj325ci2-10-17-2.wpd